UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSUELO JORDAN,                    )
                                    )
          Plaintiff,                )
                                    )
     v.                             )          Civil Action No. 19-0922 (UNA)
                                    )
D.C. METROPOLITAN POLICE DEPARTMENT,)
                                    )
          Defendant.                )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

This complaint fails to meet the pleading standard set forth in Rule 8(a). It includes no short and plain statement plaintiff's entitlement to the relief she demands, an award of $138 million. Furthermore, the plaintiff names a defendant – the Metropolitan Police Department – which as a District of Columbia government agency cannot sue or be sued. *See, e.g., Argote v. D.C. Metro. Police Dep't,* No. 15-CV-303, 2016 WL 107916, at *2 (D.D.C. Jan. 8, 2016) ("No one can sue a constituent agency of the District of Columbia.") (citations omitted); *Allen-Brown v. District of Columbia,* 54 F. Supp. 3d 35, 40 (D.D.C. 2014) (granting defendants' motion to dismiss MPD, which is *non sui juris*, as a defendant). Absent a statement of cognizable claims showing the plaintiff's entitlement the relief she demands, the complaint will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

United States District Judge

DATE: April 16, 2019